THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO ALVAREZ, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Memorandum: County Court's revocation of probation was supported by a preponderance of the evidence at the violation hearing *(see,* CPL 410.70 [3]). Under the circumstances, imposition of the maximum sentence following the revocation of probation was neither harsh nor excessive. (Appeal from Judgment of Orleans County Court, Miles, J.—Violation of Probation.) Present—Boomer, J. P., Green, Balio, Boehm and Fallon, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD ANDERSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Punch, J.—Violation of Probation.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM L. HARGROVE, Appellant, v HANS G. WALKER, as Superintendent of Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Contiguglia, J. (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.

 BESSIE M. CLEVENGER et al., as Coadministratrices of the Estate of SYLVIA J. PALMER, Deceased, Respondents, v JOHN D. PALMER, Appellant.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Harvey, J. (Appeal from Order of Supreme Court, Ontario County, Harvey, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Boehm, Fallon and Davis, JJ.

 In the Matter of THOMAS P. HUGHES, Petitioner, for Reinstatement.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Denman, P. J., Callahan, Boomer, Green and Pine, JJ.